No. 89–429. INTERNATIONAL COMMERCIAL BANK OF CHINA v. NATIONAL BANK OF PAKISTAN. App. Div., Sup. Ct. N. Y., 1st

Jud. Dept. Certiorari denied.